

# Fourth Court of Appeals
## San Antonio, Texas

October 23, 2019

No. 04-19-00715-CV

**THE STATE OF TEXAS**, ex. rel. Todd A. Durden, In his Official Capacity as County Attorney of Kinney County, Texas, Relator,
Appellants

v.

Rick **Alvarado**, In his Official Capacity as District and County Clerk of Kinney County, Texas, Respondent; and Kinney County, Texas, By and Through Its Governing Body the Kinney County Commissioners Court, Being James T. "Tully" Shahan, In his Official Capacity as County Judge; Mark Frerich, In his Official Capacity as County Commissioner; Joe Montalvo, In his Official Capacity as County Commissioner; Dennis Dodson, In his Official Capacity as County Commissioner, and Tim Ward, In his Official Capacity as County Commissioner; Respondent, Intervenor and Real Party in Interest; Todd A. Durden, County Attorney and an Elected County Officer, Real Party in Interest.
Appellees

From the 63rd Judicial District Court, Kinney County, Texas
Trial Court No. 4863
Honorable Sid L. Harle, Judge Presiding

## O R D E R

Appellees have filed a plea to the jurisdiction containing a motion to dismiss in each of these appeals, asserting the orders appellant seeks to appeal are not final, appealable orders. Appellees attached a copy of the orders to their motion, and the orders state, "The Court requests Respondent[s] to prepare affidavits in support of their claimed fees and expenses of defense within thirty (30) days and the Court will make a ruling regarding the award of a reasonable amount of such fees at a later date."

"[A]n order or judgment is not final for purposes of appeal unless it actually disposes of every pending claim." *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 205 (Tex. 2001). Because the order expressly leaves appellees' claim for attorney's fees pending further ruling, appellant is ORDERED to file a response to the appellees' motion no later than ten days from the date of this order showing cause why these appeals should not be dismissed for lack of jurisdiction.



Irene Rios, Justice


IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of October, 2019.

LUZ ESTRADA,
Chief Deputy Clerk